UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ikeisha Jacobs,                                                                              Civ. No. 20–551 (PAM/HB)

          Petitioner,

v.                                                                                                                          **ORDER**

Nanette Barnes, FCI Waseca Warden,

          Defendant.

---

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer dated August 3, 2020. The R&R recommends denying Jacobs's Section 2241 Petition.

This Court must review de novo any portion of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b). Jacobs reiterates her argument that a delay in delivery of, then subsequent amendment to, an incident report underlying a disciplinary hearing violated her Due Process rights. (Docket Nos. 18, 19.) Contrary to Jacobs's argument, a delay violating a non-mandatory timing requirement does not render said overdue report "invalid, null, [and] voided." (Docket No. 19 at 2.) As the R&R thoroughly analyzed, there was no violation of Due Process here because Jacobs knew the basis of the charge and could prepare a defense thereto, the charge was clarified via an amended incident report, Jacobs could present evidence and muster a defense, the disciplinary finding is supported by some evidence, the disciplinary process involved independent decisionmakers, and no prejudice resulted from the delay in the administrative

appeal process. After conducting the required review and for the foregoing reasons, the Court **ADOPTS** the R&R. (Docket No. 17.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 17) is **ADOPTED**;

2. Petitioner Ikeisha Jacobs's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Docket No. 1) is **DENIED** and this matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 1, 2020　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　United States District Court Judge